1 | MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
2 | (fickesm@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
3 | (snyderk@sec.gov)

4 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5 | 44 Montgomery Street, Suite 2600
San Francisco, California 94104
6 | Telephone: (415) 705-2500
Facsimile: (415) 705-2501

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-1259 CRB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE INITIAL CASE MANAGEMENT CONFERENCE |
| DAVID SCOTT CACCHIONE, | |
| Defendant. | [Civ. L.R. 7-12] |

22 | WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-
23 | titled action against David Scott Cacchione ("Cacchione") on March 24, 2009;

24 | WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by
25 | the Commission against Cacchione on March 31, 2009;

26 | WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement
27 | and civil penalty to be imposed against Cacchione;

28

1    WHEREAS, Cacchione is scheduled to be sentenced in a related criminal action, *United*

2 *States of America v. David Scott Cacchione*, CR-09-00296 CRB, on August 4, 2009, and such

3 sentence may include a prison term and restitution order;

4    WHEREAS, any restitution order imposed as part of Cacchione's criminal sentence may

5 relate to the monetary relief sought by the Commission;

6    WHEREAS, an initial Case Management Conference is scheduled to occur in the above-titled

7 matter on Friday, July 17, 2009 at 8:30 a.m. in this Court; and

8    WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case

9 Management Conference until October 2, 2009, at which time Del Biaggio's criminal sentence will

10 be known, and the Commission can more fully consider what additional remedies, if any, it will seek.

11 IT IS SO STIPULATED.

12 Dated: June 18, 2009

13

14                                    _____/s/_____
                                      Marc J. Fagel
15                                    Mark P. Fickes
                                      Kristin A. Snyder
16
                                      Attorneys for Plaintiff
17                                    SECURITIES AND EXCHANGE COMMISSION
                                      44 Montgomery Street, Suite 2600
18                                    San Francisco, California  94104
                                      Telephone:  (415) 705-2500
19                                    Facsimile:   (415) 705-2501

20 Dated: June __, 2009

21

22                                    _____/s/_____
23                                    David Scott Cacchione
                                      11 Haciendas Drive
24                                    Woodside, CA 94062
                                      Telephone: (650) 906-3620
25                                    PRO SE

26

27

28

STIPULATION AND [PROPOSED] ORDER                    -2-
EXTENDING CMC DATE

1      PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management

2 Conference in the above-titled action will be continued from Friday, July 17, 2009 to Friday, October

3 2, 2009.

4

5

6 Dated: ___June 30_____, 2009

7                               Charles R. Breyer

                               United States

8

9                               IT IS SO ORDERED

                              Judge Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER      -3-
EXTENDING CMC DATE