```
 1  MARC J. FAGEL (Cal. Bar No. 154425)
    MARK P. FICKES (Cal. Bar No. 178570)
 2    (fickesm@sec.gov)
    KRISTIN A. SNYDER (Cal. Bar No. 187175)
 3    (snyderk@sec.gov)

 4  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 5  44 Montgomery Street, Suite 2600
    San Francisco, California  94104
 6  Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501
 7
 8
 9
                         UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
13
14  SECURITIES AND EXCHANGE COMMISSION,  |  Case No. CV-09-1259 CRB
15                 Plaintiff,
                                          |  STIPULATION AND [PROPOSED] ORDER
16         vs.                            |  TO EXTEND THE DEADLINE FOR THE
                                          |  INITIAL CASE MANAGEMENT
17  DAVID SCOTT CACCHIONE,                |  CONFERENCE
18                 Defendant.             |  [Civ. L.R. 7-12]
19
20
21
22         WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-
23  titled action against David Scott Cacchione ("Cacchione") on March 24, 2009;
24         WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by
25  the Commission against Cacchione on March 31, 2009;
26         WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement
27  and civil penalty to be imposed against Cacchione;
28
```

STIPULATION AND [PROPOSED] ORDER
EXTENDING CMC DATE

1     WHEREAS, Cacchione was initially scheduled to be sentenced in a related criminal action, *United States of America v. David Scott Cacchione*, CR-09-00296 CRB, on August 4, 2009, where such sentence may include a prison term and restitution order;

4     WHEREAS, Cacchione's sentencing date is now September 29, 2009;

5     WHEREAS, any restitution order imposed as part of Cacchione's criminal sentence may relate to the monetary relief sought by the Commission;

7     WHEREAS, an initial Case Management Conference was scheduled to occur in the above-titled matter on Friday, July 17, 2009 at 8:30 a.m. in this Court;

9     WHEREAS, the parties stipulated, and the Court ordered, to extend the date for such Case Management Conference until October 2, 2009; and

11     WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case Management Conference until December 4, 2009, at which time ~~Del Biaggio's~~ Cacchione's criminal sentence will be known, and the Commission can more fully consider what additional remedies, if any, it will seek.

IT IS SO STIPULATED.

Dated: September 21, 2009

          /s/
Marc J. Fagel
Mark P. Fickes
Kristin A. Snyder

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

Dated: September 22, 2009

          /s/ David Scott Cacchione
David Scott Cacchione
11 Haciendas Drive
Woodside, CA 94062
Telephone: (650) 906-3620
PRO SE

1
2
3       PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management
4  Conference in the above-titled action will be continued from Friday, October 2, 2009 to Friday,
   December 4, 2009.
5
6
7  Dated:  Sept. 29      , 2009
8                                                
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER            -3-
EXTENDING CMC DATE