MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
 (snyderk@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     vs.<br><br>DAVID SCOTT CACCHIONE,<br><br>           Defendant. | Case No. CV-09-1259 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>[Civ. L.R. 7-12] |

WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-titled action against David Scott Cacchione ("Cacchione") on March 24, 2009;

WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by the Commission against Cacchione on March 31, 2009;

WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement and civil penalty to be imposed against Cacchione;

1     WHEREAS, Cacchione was initially scheduled to be sentenced in a related criminal action,
2 *United States of America v. David Scott Cacchione*, CR-09-00296 CRB, on August 4, 2009,
3     WHEREAS, Cacchione's sentencing date was postponed until September 29, 2009, and
4 postponed a second time until October 7, 2009;
5     WHEREAS Cacchione received a criminal sentence on October 7, 2009, which included a
6 restitution order of approximately $47 million;
7     WHEREAS, Cacchione's criminal restitution order relates to the monetary relief sought by
8 the Commission;
9     WHEREAS, an initial Case Management Conference was scheduled to occur in the above-
10 titled matter on Friday, July 17, 2009 at 8:30 a.m. in this Court;
11     WHEREAS, the parties stipulated, and the Court ordered, to extend the date for such Case
12 Management Conference until October 2, 2009, and then again until December 4, 2009; and
13     WHEREAS, in the interest of efficiency, the parties seek to extend the date of the Case
14 Management Conference until January 8, 2010, at which time the Commission can more fully
15 consider what additional remedies, if any, it will seek in light of the criminal sentence imposed by the
16 Court.
17 IT IS SO STIPULATED.
18 Dated: November 17, 2009

                                                             /s/
                                                      Marc J. Fagel
                                                      Mark P. Fickes
                                                      Kristin A. Snyder

                                                      Attorneys for Plaintiff
                                                      SECURITIES AND EXCHANGE COMMISSION

Dated: November 18, 2009

                                                  /s/ David Scott Cacchione
                                                  David Scott Cacchione
                                                  11 Haciendas Drive
                                                  Woodside, CA 94062
                                                  Telephone: (650) 906-3620
                                                  PRO SE

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management
3  Conference in the above-titled action will be continued from Friday, December 4, 2009 to Friday,
4  January 8, 2010.
5
6
7  Dated:    November 19, 2009            _____
8                                         Charles R. Breyer
                                          United States District Judge
9

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER           -3-
EXTENDING CMC DATE