1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2   (fickesm@sec.gov)
   KRISTIN A. SNYDER (Cal. Bar No. 187175)
3   (snyderk@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

CHAMBERS COPY OF E-FILED DOCUMENT

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID SCOTT CACCHIONE,<br><br>　　　　　Defendant. | Case No. CV-09-1259 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>[Civ. L.R. 7-12] |

WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-titled action against David Scott Cacchione ("Cacchione") on March 24, 2009;

WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by the Commission against Cacchione on March 31, 2009;

WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement and civil penalty to be imposed against Cacchione;

STIPULATION AND [PROPOSED] ORDER
EXTENDING CMC DATE

1  WHEREAS, Cacchione was initially scheduled to be sentenced in a related criminal action, *United States of America v. David Scott Cacchione*, CR-09-00296 CRB, on August 4, 2009;

WHEREAS, Cacchione's sentencing date was postponed until September 29, 2009, and postponed a second time until October 7, 2009;

WHEREAS Cacchione received a criminal sentence on October 7, 2009, which included a restitution order of approximately $47 million;

WHEREAS, Cacchione's criminal restitution order relates to the monetary relief sought by the Commission;

WHEREAS, an initial Case Management Conference was scheduled to occur in the above-titled matter on Friday, July 17, 2009 at 8:30 a.m. in this Court;

WHEREAS, the parties stipulated, and the Court ordered, to extend the date for such Case Management Conference to January 8, 2010; and

WHEREAS, in the interest of efficiency, the parties seek to further extend the date of the Case Management Conference until March 19, 2010, at which time the Commission can more fully consider what additional remedies, if any, it will seek in light of the criminal sentence imposed by the Court.

IT IS SO STIPULATED.

Dated:  December 21, 2009

                                            /s/
                                 Marc J. Fagel
                                 Mark P. Fickes
                                 Kristin A. Snyder

                                 Attorneys for Plaintiff
                                 SECURITIES AND EXCHANGE COMMISSION

Dated:  December 21, 2009

                                 /s/ David Scott Cacchione
                                 David Scott Cacchione
                                 11 Haciendas Drive
                                 Woodside, CA 94062
                                 Telephone: (650) 906-3620
                                 PRO SE

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management Conference in the above-titled action will be continued from Friday, January 8, 2010, 2009 to Friday, March 19, 2010.

Dated: DEC 29 2009, 2009

Charles R. Breyer
United States District Judge